Schanck *vs.* Sniffen.

An injunction will not be granted to restrain a defendant in a creditor's suit from proceeding under the insolvent act, to obtain his discharge; unless special cause is shown for restraining him.

*T. E. Tomlinson,* for the defendant, moved to set aside, or to modify, an injunction granted on a creditor's bill, which injunction restrained the defendant from proceeding, under the insolvent law, to obtain a discharge.   The bill merely stated the fact that the defendant had, prior to filing the bill, made his application under the insolvent law, and prayed that he might be restrained from proceeding on his application ; but without stating any special reasons therefor.

---
In the matter of Craig.
---

EDMONDS, J.    That clause ought not to be included in the injunction, unless special cause is shown therefor.    It is not a matter of course thus to restrain a defendant, upon a mere suggestion of the fact that he is proceeding to obtain his discharge.

Injunction modified as to the clause objected to.

---

SAME TERM.    *Before the same Justice.*